**Order filed April 25, 2013**



# In The

# Eleventh Court of Appeals

_____

## No. 11-12-00292-CR

_____

## DONTAVIS GOWAN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 54th District Court**

**McLennan County, Texas**

**Trial Court Cause No. 2011-1805-C2**

### O R D E R

On March 21, 2013, this court issued an opinion and judgment in this cause. The State timely filed a motion for rehearing, and Appellant, Dontavis Gowan, filed a response as requested by this court. We grant the State's motion for rehearing, and we hereby withdraw our opinion and judgment dated March 21, 2013.

PER CURIAM

April 25, 2013

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.